# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA AND RUSSELL MARBURY

VERSUS

CRACKER BARREL OLD COUNTRY
STORE, INC. AND SAFETY
NATIONAL CASUALTY
CORPORATION

NO.  2021 CW 0738

OCT 1 2 2021

---

In Re:    Cracker  Barrel  Old  Country  Store,  Inc.,  Safety
National  Casualty  Corporation,  Allied  World  National
Assurance  Company  and  Megan  Childers,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 668769.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT  GRANTED  IN  PART;  WRIT  DENIED  IN  PART.**  The  trial
court's  June  3,  2021  Judgment,  denying  Cracker  Barrel  Old
Country  Store,  Inc.  and  Safety  National  Casualty  Corp.'s
Daubert-Foret  Motion  to  Exclude  Testimony  of  Robin  B.  DiPietro,
Ph.D.,  is  reversed  in  part  only  to  add  that  in  accordance  with
the  trial  court's  oral  reasons,  Robin  B.  DiPetro,  Ph.D.,  is
qualified  as  an  expert  in  restaurant  industry  standards  only.  We
grant  the  writ  in  this  regard.   In  all  other  respects,  the  writ
is  denied.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT